UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CECIL ELMORE JR.,<br>Plaintiffs,<br>-against-<br>LITTLER MENDELSON, P.C.,<br>Defendant. | 1:26-CV-5684 (LTS)<br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

On November 6, 2026, Plaintiff Cecil Elmore Jr., who appears *pro se*, filed a notice of voluntary dismissal under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (ECF 12.) This action is therefore dismissed without prejudice under Rule 41(a) of the Federal Rules of Civil Procedure.[1]

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: November 10, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

[1] A voluntary dismissal under this rule is usually without prejudice. Fed. R. Civ. P. 41(a)(1)(B). "But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits." *Id.*